AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

BEN HAIGLER,

V.

WAREHOUSE SERVICES, INC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1224-W

TO: (Name and address of Defendant)

MR. JAMES EATON
WAREHOUSE SERVICES, INC.
160 GE BLVD.
BURKVILLE, AL 36752

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DEBORAH M. NICKSON
2820 Fairlane Drive, Ste. A-10
Montgomery, Alabama 36116
334-213-1233

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    12/29/05

CLERK                                               DATE

(By) DEPUTY CLERK