| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) *James Wayne Welch* | B. Date of Delivery 1/3/06 |
| | C. Signature X *[signature]* | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>MR. JAMES EATON<br>WAREHOUSE SERVICES, INC.<br>160 GE BLVD.<br>BURKVILLE, AL 36752 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05CV1224-W<br>S+C | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number (Copy from service label)<br>7001  7001 1940 0004 1863 8486 | | |
| PS Form 3811, July 1999         Domestic Return Receipt | | 102595-00-M-0952 |