IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Ben Haigler, | ) | Case No. 2:05CV1224-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ANSWER |
| | ) | |
| Warehouse Services, Inc., f/d/b/a | ) | |
| Industrial Transport Services, LLC | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Warehouse Services, Inc. ("WSI"), by and through its undersigned counsel, hereby Answers the Complaint of the Plaintiff, as follows:

FOR A FIRST DEFENSE

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

FOR A SECOND DEFENSE

2. All allegations of the Complaint, except as specifically admitted hereafter, are hereby denied.

3. Defendant admits that this court has jurisdiction over this matter. All other allegations of Paragraph 1 of the Complaint are denied.

4. Defendant admits the venue in this court is proper. All other allegations of Paragraph 2 of the Complaint are denied.

5. Defendant admits that Plaintiff is an individual, is African-American, and was employed by Defendant. Plaintiff is without sufficient knowledge to admit or deny the remaining allegations of Paragraph 3 of the Complaint, and therefore denies same and demands strict proof thereof.

6. Defendant admits the allegations of Paragraph 4 of the Complaint.

7. Defendant admits that Plaintiff filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission, that the U.S. EEOC issued a Notice of Right to Sue on or about September 27, 2005, and that this action was received by the court less than 90 days after that date. Defendant denies the remaining allegations of Paragraph 5 of the Complaint.

8. Defendant denies the allegations of Paragraph 6 of the Complaint.

9. Defendant admits the allegations of Paragraph 7 of the Complaint.

10. Defendant denies the allegations of Paragraph 8 of the Complaint.

11. Defendant denies the allegations of Paragraph 9 of the Complaint.

12. Defendant denies the allegations of Paragraph 10 of the Complaint.

13. Defendant denies the allegations of Paragraph 11 of the Complaint.

14. Defendant denies the allegations of Paragraph 12 of the Complaint.

WHEREFORE, having fully Answered the allegations of the Complaint, Defendant respectfully prays that the court deny all of Plaintiff's claims, award Defendant attorney's fees and costs for defending this action in accordance with 42 U.S.C.§2000e-5(k).

January 16, 2006.
Greenville, South Carolina

/s/ Melvin Hutson
Melvin Hutson, SJIS No. HUT001
MELVIN HUTSON, P.A.
233 N. Main St., Ste. 260
Post Office Box 88
Greenville, SC 29602
Phone: (864) 241-4000  Fax: (864) 421-0441
email: mel.hutson@scbar.org

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Ben Haigler, | ) | Case No. 2:05CV1224-T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Warehouse Services, Inc., f/d/b/a | ) | |
| Industrial Transport Services, LLC | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that the foregoing Answer was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

Deborah M. Nickson, Esq.
2820 Fairlane Dr., Ste. A-10
Montgomery, AL 36116
debnicks@bellsouth.net

January 16, 2006.
Greenville, South Carolina

/s/ Melvin Hutson
Melvin Hutson, SJIS No. HUT001
MELVIN HUTSON, P.A.
233 N. Main St., Ste. 260
Post Office Box 88
Greenville, SC 29602
Phone: (864) 241-4000  Fax: (864) 421-0441
email: mel.hutson@scbar.org