IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Ben Haigler, | ) | Case No. 2:05CV1224-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CORPORATE DISCLOSURE |
| | ) | STATEMENT |
| Warehouse Services, Inc., f/d/b/a | ) | |
| Industrial Transport Services, LLC | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Warehouse Services, Inc. ("WSI") and any parents, subsidiaries or other related entities, is a privately-held corporation, and has issued no stock to the public.

January 16, 2006.
Greenville, South Carolina

/s/ Melvin Hutson
Melvin Hutson, SJIS No. HUT001
MELVIN HUTSON, P.A.
233 N. Main St., Ste. 260
Post Office Box 88
Greenville, SC 29602
Phone: (864) 241-4000  Fax: (864) 421-0441
email: mel.hutson@scbar.org

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Ben Haigler, | ) | Case No. 2:05CV1224-T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Warehouse Services, Inc., f/d/b/a | ) | |
| Industrial Transport Services, LLC | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

>Deborah M. Nickson, Esq.
>2820 Fairlane Dr., Ste. A-10
>Montgomery, AL 36116
>debnicks@bellsouth.net

January 16, 2006.
Greenville, South Carolina

/s/ Melvin Hutson
Melvin Hutson, SJIS No. HUT001
MELVIN HUTSON, P.A.
233 N. Main St., Ste. 260
Post Office Box 88
Greenville, SC 29602
Phone: (864) 241-4000  Fax: (864) 421-0441
email: mel.hutson@scbar.org