IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

BEN HAIGLER,

       Plaintiff,

v.                                          Case Number 2:05cv-1224-MHT

WAREHOUSE SERVICES, INC.
formerly doing business as
Industrial Transport Services, LLC,

       Defendant.

## REPORT OF PARTIES PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), the following is the parties proposed Report of Parties Planning Meeting form:

    Deborah M. Nickson on behalf of Plaintiff, Ben Haigler.

    Melvin Hutson on behalf of Defendant, Warehouse Services, Inc.

2. **Pre-Discovery Disclosures.** The parties will exchange the information required by Local Rule 26.1(a)(1) on or before **February 24, 2006.**

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a. All discovery commenced in time to be completed by **May 10, 2006.**

    b. Maximum of thirty (30) interrogatories by each party to any other party.

    c. Maximum of thirty (30) requests for admission by each party to any other party.

1

    d.    Maximum of thirty (30) requests for production of document by each party to any other party.

    e.    Maximum of eight (8) depositions by the Plaintiff and eight (8) depositions by Defendant.

    f.    Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by **April 7, 2006**.
from Defendant by **April 28, 2006.**

    g.    Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

    h.    Upon agreement of the parties, depositions and written discovery except interrogatories, may continue up until the time of trial.

4.    **Other Items.**

    a.    Plaintiff should be allowed until **March 24, 2006** to join additional parties and to amend the pleadings.

    b.    Defendant should be allowed until **April 3, 2006** to join additional parties and to amend the pleadings.

    c.    All potentially dispositive motions should be filed thirty (30) days after the close of discovery **June 9, 2006**

    d.    Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

    e.    The parties request a final pretrial conference on or before **September 9, 2006.**

    f.    The parties request a preliminary witness list be due on **February 24, 2006** and another witness list be due after the completion of discovery **on June 12, 2006**. For any witness not identified on the preliminary witness list, the parties shall have a reasonable opportunity to depose these witness prior to trial. Final lists of trial evidence under Rule 26(a)(3), both witnesses and exhibits, should be due from the parties **September 11, 2006.**

2

g.  Parties should have ten (10) days after service of final lists of trial evidence to list objections under Rule 26(a)(3) **and the parties should provide copies of and mark exhibits to be used at trial.**

h.  The case should be ready for trial by this Court for the **October 2, 2006** trial term and at this time is expected to take approximately **1-2 days**.

Date: February 13, 2006.

                                            Respectfully submitted,

                                            /s/ Deborah M. Nickson
                                            Deborah M. Nickson
                                            Counsel for Plaintiff – Ben Haigler

**OF COUNSEL:**

2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116
Telephone:   (334) 213-1233
Facsimile:    (334) 213-1234


                                            /s/Melvin Hutson
                                            Melvin Hutson
                                            Counsel for the Defendant
                                            Warehouse Services

Melvin Hutson, P.A.
233 N. Main Street, Suite 260
P.O. Box 88
Greenville, SC 29602
Telephone   (864) 241-4000
Facsimile    (864) 421-0441
Email:       *mel.hutson@scbar.org*