IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

BEN HAIGLER,

    Plaintiff,

v.                                                                 Case Number 2:05cv-1224-MHT

WAREHOUSE SERVICES, INC.
formerly doing business as
Industrial Transport Services, LLC,

    Defendant.

## MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS

Defendant Warehouse Services, Inc., by and through its undersigned attorney, hereby moves for a fifteen (15) day extension of the deadline to file dispositive motions in the above-captioned case from the current deadline of today, May 22, 2006, until June 6, 2006.

As grounds for this motion, Defendant represents to the Court that it believes this case can properly be disposed of on a motion for summary judgment but through no fault of either Defendant or Plaintiff, certain deposition transcripts that are important to deciding such a motion have not yet been delivered. The depositions in question of Plaintiff and Charles Brinkley (an employee of Defendant) were completed within the discovery deadline and counsel reasonably anticipated their delivery in time to comply with the deadline for dispostiive motions. Counsel, working through the Montgomery court reporting firm of Foshee and Turner, made numerous attempts last week to determine the status of these transcripts but neither counsel nor the court reporting firm has been able to locate the actual reporter and determine the date when these transcripts will be delivered.

Counsel for the parties have conferred and Plaintiff's counsel has no objection to the 15 day extension of the deadline requested by Defendant. The pretrial conference in this case is scheduled August 21, 2006, so granting this motion would not require changing any other dates in the scheduling order.

Wherefore, Defendant respectfully requests that the court grant its motion for a 15-day extension of the deadline to file dispositive motions.

                                            I SO MOVE:

                                            _s/02023mh_____
                                            Melvin Hutson
                                            Counsel for the Defendant
                                            Warehouse Services

                                            Melvin Hutson, P.A.
                                            233 N. Main Street, Suite 260
                                            P.O. Box 88
                                            Greenville, SC 29602
                                            Telephone   (864) 241-4000
                                            Facsimile    (864) 421-0441
                                            Email:        *mel.hutson@scbar.org*

May 22, 2006.
Greenville, South Carolina.

                                            SO ORDERED:


                                            _____
                                            MYRON H. THOMPSON
                                            UNITED STATES DISTRICT JUDGE

_____, 2006.
Montgomery, Alabama.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Ben Haigler, | ) | Case No. 2:05CV1224-T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Warehouse Services, Inc., f/d/b/a | ) | |
| Industrial Transport Services, LLC | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that the foregoing Motion for Extension of Time to File Dispositive Motions was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

> Deborah M. Nickson, Esq.
> 2820 Fairlane Dr., Ste. A-10
> Montgomery, AL 36116
> debnicks@bellsouth.net

The undersigned also certifies that the foregoing Motion was separately sent directly to Counsel for the Plaintiff at the above email address.

|  |  |
|---|---|
|  | /s/ Melvin Hutson |
|  | Melvin Hutson, SJIS No. HUT001 |
|  | MELVIN HUTSON, P.A. |
|  | 233 N. Main St., Ste. 260 |
|  | Post Office Box 88 |
| May 22, 2006. | Greenville, SC 29602 |
| Greenville, South Carolina | Phone: (864) 241-4000  Fax: (864) 421-0441 |
|  | email: mel.hutson@scbar.org |

3