IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BEN HAIGLER, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>WAREHOUSE SERVICES, INC., )<br>etc., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:05cv1224-MHT |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 10) is denied for the following reason.

"Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 9), § 9(B). The movant has failed to offer any explanation as to why this motion was filed on the deadline for dispositive motions in this case, rather than days, or even weeks, in advance.

DONE, this the 22nd day of May, 2006.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE