IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN 15 P 1: 11

| | |
|---|---|
| BEN HAIGLER, ) | Case Number 2:05CV-1224-W |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| WAREHOUSE SERVICES, INC., ) | |
| f/d/b/a | |
| Industrial Transport Services, LLC, ) | |
| Defendant. | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COME NOW, BEN HAIGLER, the Plaintiff, by and through his counsel, Attorney Deborah M. Nickson, in the above-styled case, and submits the following Notice Concerning Settlement Conference and Mediation and avers the following:

1. That on June 12, 2006 at 1:00pm counsel for the Plaintiff and counsel for the Defendant met for a Face-to-Face Settlement conference.

2. That a settlement was reached in this case.

RESPECTFULLY submitted the 13th day of June 2006.

/s/ Deborah M. N------
DEBORAH M. NICKSON
Attorney for Plaintiff
2820 Fairlane Drive, Suite A-10
Montgomery, AL 36116
(334) 213-1233

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record by hand delivery on this the **13th** day of **June**, 2006.

*[signature]*
OF COUNSEL

cc:

The Hon. Melvin Hutson
Melvin Hutson P.A.
233 N. Main Street, Ste. 260
P.O. Box 88
Greenville, SC 29602